# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**995.1**

**TP 12-00266**

PRESENT: FAHEY, J.P., PERADOTTO, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF MANUEL MOSLEY, PETITIONER,

V                                                                    ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONAL SERVICES, RESPONDENT.

---

MANUEL MOSLEY, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (ZAINAB A. CHAUDHRY OF COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------------------

     Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Chautauqua County [James H. Dillon, J.], entered April 29, 2011) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

     It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.

Entered: September 28, 2012                    Frances E. Cafarell
                                               Clerk of the Court